**Ronald R. MASON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 47075.**

Missouri Court of Appeals, Western District.

April 20, 1993.

Robert E. Steele, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and BRECKENRIDGE and HANNA, JJ.

PER CURIAM.

**ORDER**

Appeal from denial of Rule 24.035 post-conviction motion without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).